FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ALLEN LAWRENCE  #15672-106
   Plaintiff,   USP-Big Sandy
               POB 2068
-against-     Inez, Ky. 41224

DET. SCOTT GUTHERIE
METROPOLITAN POLICE DEPT.,
Sued in their individual and official
capacities
   Defendants.

Case: 1:08-cv-01292
Assigned To : 1 Urbina
Assign. Date : 7/28/2008
Description: Pro Se Gen. Civil

*JURY ACTION*

Preliminary Statement
   This is a civil rights action filed by Allen Lawrence, a District of Columbia prisoner, for damages under 42 U.S.C. § 1983, alleging unlawful seziure of $5,369.00 United States Currency in violation of the Fourth Amendment of the United States Constitution and illegal forfeiture of $5,369.00 United States Currency in violation of the Fifth Amendment to the Constitution.

Jurisdiction
   1. The Court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. § 1983.

Parties
   2. The plaintiff, Allen Lawrence, is incarcerated at United States Penitentiary Big Sandy during the filing of this complaint.

   3. Defendant Scott Gutherie is a Metropolitan Police Detective employed by the City of Washington D.C.. He is sued in his individual and official capacity.

   4. Defendant Metropolitan Police Department is an entity of the city of Washington D.C.. It is sued in it's individual and official capacity.

Facts

   5. On June 1, 2000 Superior Court Judge Rhonda Reid issued search warrants to Detective Scott Gutherie of M.P.D. to search the premises of 1458 Odgen St., N.W. and 1456 Oak St., N.W.

   6. On June 2, 2000 the defendant Scott Gutherie executed search warrants at plaintiff's residences mentioned in paragraph 5.

RECEIVED
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Page (2)

. During the search of the Oak St. address, Detective Scott Gutherie seized $ 5,369.00 in U.S. Currency, 5 pairs of Nike tennis shoes, assorted mail matter, personal papers, and photographs.

Fourth Amendment Violation

8. The $5,369.00 in U.S. Currency was not listed on the search warrant as one of the items authorized to be seized.

9. No illegal drugs or paraphernalia were found by Detective Gutherie in any of the above searched premises.

Denial of Due Process

10. On November 13, 2006, plaintiff filed a motion for return of seized property in the D.C. Superior Court, specifically the $5,369.00 in U.S.Currency.

11. On February 23, 2007 Assistant Attorney General Walter Adams II responded on behalf of the District of Columbia MPD, claiming administrative forfeiture regarding plaintiff's currency had been completed on June 12, 2006.

12. Mr. Adams alleged the District of Columbia MPD provided written administrative forfeiture notice to plaintiff pursuant to D.C. Code § 48-905.02 (d) (3) (C).

13. Mr. Adams alleged the MPD received no Claims to the property from plaintiff within 30 days, and forfeited plaintiffs $5,369.00 in U.S.Currency.

14. Mr. Adams statements never provided any facts showing plaintiff received written notice of administrative forfeiture from District of Columbia MPD.

15.Plaintiff has resided at U.S.Penitentiary Lee County Virginia from 2004 until July 2006 upon transfer to U.S.Penitentiary Big Sandy arriving in August 2006.

16. Plaintiff never received written notice of forfeiture from District of Columbia MPD.

Claims for Relief

17. The actions of Defendant Gutherie of unlawfully seizing plaintiff property violated plaintiffs right to be free from illegal seizures under the U.S.Constitutions Fourth Amendment.

18. The actions of the D.C. Metropolitan Police Department not providing plaintiff with notice of intent to forfeit plaintiffs property specifically $5,369.00 in U.S. Currency, violated plaintiff's Fifth/ Fourteenth Amendment right to due process of law under the U.S. Constitution.

Page (3)

Relief Requested

    Wherefore , plaintiff request the court grant the following relief:

A. Award Compensatory damages in the following amounts:

    1. $5,369.00 plus interest accrued since the illegal seizure, and litigation cost, against defendant Gutherie.

    2. $5,369.00 plus interest accrued, and litigation cost, since the illegal forfeiture by defendant Metropolitan Police Department.

B. Award punitive damages in the following amounts:

    1. $30,000 against defendant Gutherie.

    2. $60,000 against defendant Metropolitan Police Department.

C. Grant such other relief as it may appear that plaintiff is entitled.

June 11th, 2008.

Respectfully submitted,

*Allen Lawrence*
Allen Lawrence Pro-se
Reg. No. 15622-106
U.S.P. Big Sandy
P.O. Box 2068
Inez, KY 41224

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

F
08-1292
URBINA

## I (a) PLAINTIFFS

Allen Lawrence

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 15622-106

## DEFENDANTS

Detective Scott Guthrie

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01292
Assigned To : URBINA
Assign. Date : 7/28/2008
Description: Pro Se Gen. Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O