**FILED**
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

ALLEN LAWRENCE
    Petitioner,

v.

DET. SCOTT GUTHERIE,
METROPOLITAN POLICE DEFT.,
    Respondents

DECLARATION IN SUPPORT
REQUESTED TO PROCEED
IN FORMA PAUPERIS

08 1292

I, _Allen Lawrence_, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or cost or give security therefor, I state that because of poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes____ No ✓
    a. If the answer is yes state the amount of your Salary per month and give the name and address of your employer.

_____

_____

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business profession, or form of self-employment? Yes____ No ✓

    b. Rent payments, interest, or dividends? Yes____ No ✓

    c. Pensions, annuities or life insurance payments? Yes____ No ✓

    d. Gifts or inheritances? Yes____ No ✓

    e. Any other sources? Yes ✓ No____

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months _Family Can't Remember_

_____

3. Do you own any cash or do you have money in a checking or saving account? Yes ✓ No____
(include any funds in prison accounts)

**RECEIVED**
JUN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

Page (2)

    If the answer is yes, state the total value owned.
_____$200.00_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property and (excluding ordinary house hold furnishings and clothing)? Yes__ No ✓

    If the answer is yes, describe the property and state its approximate value.
_____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support.

_____

_____None_____

_____

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury under 28 U.S.C.§ 1746.

                                 _____Allen Lawrence_____
                                 Allen Lawrence Pro-se / Petitioner

I declare under penalty of perjury( 28 U.S.C. § 1746) that the foregoing is true and correct.

Signed this _11th_ day of __June__, 20_08_.

                                 _____Allen Lawrence_____
                                 Allen Lawrence