# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Allen Lawrence<br>    Plaintiff | )<br>)<br>) |  |
| v. | )<br>)<br>) | Civil Action No.  08- 1292 RMU |
| Scott Guthrie, et al.,<br>    Defendant | )<br>) |  |

## REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on August 15, 2008 from Unassigned (9098)

to Judge Urbina because the plaintiff has satisfied the requirements of the PLRA.

                                    NANCY MAYER-WHITTINGTON, CLERK



                                    By: La Tanau Scott
                                    Deputy Clerk

CC:   Judge Urbina
& Courtroom Deputy
Civil Case Processing Clerk
        Statistical